# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3117
_____

IVORY MILES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

November 15, 2018

PER CURIAM.

AFFIRMED.

RAY, KELSEY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Ivory Miles, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Benjamin Hoffman, Assistant Attorney General, Tallahassee, for Appellee.